UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 06-504(DSD/JJG)

Ancona Escrow, Inc., et al.,

    Plaintiff,

v.                                                          **ORDER**

Ancona West Corporation,
et al.

    Defendant.

The court having been advised by counsel that the above-entitled action has been settled, or is in the process of being settled,

**IT IS HEREBY ORDERED** that this case is dismissed, the court retaining jurisdiction for sixty (60) days to permit any party to move to reopen the action upon good cause shown.

Dated: February 27, 2007

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court